■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD VACARELLI, SR., Appellant.—Judgment unanimously affirmed. Memorandum: The evidence, viewed in the light most favorable to the People *(see, People v Smith,* 55 NY2d 945, 947), was legally sufficient to support defendant's conviction of criminal possession of stolen property in the second

degree. There was sufficient corroboration of the accomplice's testimony to establish that defendant possessed stolen property the value of which exceeded $50,000 (see, Penal Law § 165.52). Defendant's sentence is not excessive. (Appeal from Judgment of Supreme Court, Monroe County, Cornelius, J.—Criminal Possession Stolen Property, 2nd Degree.) Present—Denman, J. P., Boomer, Green, Pine and Davis, JJ.